UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Casey P Restad, Court File No. 25-60780 (WJF)

Debtor.

---

FBN Finance, LLC c/o Compeer Financial, PCA
and Compeer Financial, FLCA,
as attorney-in-fact and servicing
agent for FBN Finance, LLC,

Plaintiff,

v. ADV No. 26-6027

US Department of Education,

Defendant.

**ORDER FOR TELEPHONIC SCHEDULING CONFERENCE**

---

Pursuant to Fed. R. Civ. P. 16, as incorporated by FED. R. BANKR. P. 7016, IT IS HEREBY ORDERED:

1. *Inapplicability of Disclosure Requirements*: The provisions of FED. R.CIV P. 26(a)(1), 26(f), 26(a)(2), and 26(a)(3) shall not apply in this adversary proceeding.

2. Counsel for all parties shall participate in a scheduling conference on ***October 29, 2026 at 10:40 a.m.*** **by telephone conference call. If any party is pro se (self-represented and without an attorney), that party shall advise the court's calendar clerk (at 651-848-1061) of an email address where the telephonic dial-in instruction can be sent no later than one day prior to the scheduling conference.**

3. Counsel shall be prepared to discuss the following at the conference:

a. Legal and factual issues raised by the parties' claims and defenses.
b. Discovery contemplated, and time necessary for its completion.
c. Contemplated motions as to jurisdictional matter, dismissal, or summary judgment.
d. Prospects of settlement.
e. Length of time that trial would require; identity of witnesses and exhibits.

BY THE COURT:

***/e/ William J. Fisher***
William J. Fisher
United States Bankruptcy Judge

Dated: *October 06, 2026*

COUNSEL: PLEASE NOTE:
1. If counsel for the plaintiff(s) has not received an answer from the defendant(s), and if there has been no appearance from the defendant(s), the Court encourages the plaintiff(s) to move **for default judgment. The motion should be set for a date and time other than the date and time of the scheduling conference.** See Loc. R. BANKR. P. (D. MINN.) 5071-1, 7055-1, 9006-1, AND 9013-2, among others.
2. All conferences will be held by telephonic conference unless the Court requires appearances in person. The Court's staff will advise when in person appearances are required. Counsel should advise the Court's calendar clerk (at 651-848-

1061), within ten days on the issuance of this order, if they will be unavailable on the scheduled date. The advising counsel shall coordinate an alternative date and time with other counsel and pro se parties and shall notice a rescheduled conference. Dial in instructions will be available on the Judge's public calendar the day prior to the hearing. The Court will initiate all conference calls, to ensure maximum quality of connection.